NEIL M. SOLTMAN (SBN 67617)
 nsoltman@mayerbrown.com
CHRISTOPHER P. MURPHY (SBN 120048)
 cmurphy@mayerbrown.com
MATTHEW H. MARMOLEJO (SBN 242964)
 mmarmolejo@mayerbrown.com
MAYER BROWN LLP
350 South Grand Avenue, 25th Floor
Los Angeles CA 90071-1503
Tel:  (213) 229-9500
Fax:  (213) 625-0248

DAVID SALTZMAN (admitted *pro hac vice*)
 dsalzman@turklaw.net
SALTZMAN & EVINCH, PC
655 15th Street N.W. #255-F
Washington,, D.C. 20005
Tel:  (202) 637-9877
Fax:  (202) 637-9876

Attorneys for Specially Appearing Defendants
CENTRAL BANK OF THE REPUBLIC OF
TURKEY and T.C. ZIRAAT BANKASI

BRIAN S. KABATECK (SBN 152054)
 bsk@kbklawyers.com
RICHARD I. KELLNER (SBN 141416)
 rik@kbklawyers.com
ALFREDO TORRIJOS (SBN 222458)
 at@kbklawyers.com
KABATECK BROWN KELLNER LLP
644 South Figueroa Street
Los Angeles, California 90017
Tel:  (213) 217-5000
Fax:  (213) 217-5010

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARBIS DAVOYAN and HRARY TURABIAN, individually on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>REPUBLIC OF TURKEY; THE CENTRAL BANK OF THE REPUBLIC OF TURKEY; T.C. ZIRAAT BANKASI,<br><br>Defendants. | NO. 10-CV-5636  DMG (SSx)<br><br>**ORDER RE STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

Pursuant to the parties' stipulation, filed on October 22, 2010 [Doc. # 11], and good cause appearing therefor,

IT IS ORDERED THAT Defendant T.C. Ziraat Bankasi shall have an additional six (6) days in which to respond to the Complaint, through and including November 1, 2010.

IT IS SO ORDERED.

Dated:   October 27, 2010

_____
DOLLY M. GEE
United States District Judge

28835799

ORDER RE STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT