UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 10-05636 DMG (SSx)** | Date | May 13, 2011 |
|---|---|---|---|

| Title | *Garbis Davoyan, et al. v. Republic of Turkey, et al.* | Page | 1 of 1 |
|---|---|---|---|

Present: The Honorable    DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| VALENCIA VALLERY | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings:  IN CHAMBERS—ORDER TO SHOW CAUSE WHY DEFENDANT
                REPUBLIC OF TURKEY SHOULD NOT BE DISMISSED**

On December 7, 2010, the Court stayed this case until Plaintiffs serve Defendant Republic of Turkey and ordered Plaintiffs to file a status report regarding their efforts to serve the Republic of Turkey no later than 90 days thereafter [Doc. #22].  Accordingly, Plaintiffs' status report was due no later than March 7, 2011.  Plaintiffs have not yet filed their status report and have failed to comply with the Court's December 7, 2010 Order.[1]  Therefore, Plaintiffs are **ORDERED TO SHOW CAUSE** why the Republic of Turkey should not be dismissed for failure to prosecute and the stay should not be lifted.  *See* Fed. R. Civ. P. 41(b); *Hells Canyon Pres. Council v. U.S. Forest Serv.*, 403 F.3d 683, 689 (9th Cir. 2005) ("[C]ourts may dismiss under Rule 41(b) sua sponte . . . ."); *Nealey v. Transportacion Maritima Mexicana*, S.A., 662 F.2d 1275, 1278 (9th Cir. 1980) ("Without question, a plaintiff's failure to serve process in a timely manner may in some cases amount to a failure to prosecute . . . .").  Plaintiffs shall file their response by no later than **May 23, 2011**.

**IT IS SO ORDERED.**

---

[1] On April 11, 2011, Plaintiffs filed a motion seeking an order validating their attempted service on the Republic of Turkey [Doc. #24].  The Court denied this motion on May 5, 2011 [Doc. #26] because Plaintiffs did not demonstrate compliance with 28 U.S.C. § 1608.  Even if the Court were to construe Plaintiffs' motion as a status report, it was untimely by more than a month.